THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-327-TSZ |
| Plaintiff, | |
| v. | ORDER EXTENDING INDICTMENT DEADLINE |
| ELISANDRO PENALOZA-LOEZA, | |
| Defendant. | |

THE COURT has considered the unopposed motion, docket no. 15, to extend the indictment deadline in this matter, Ms. Penaloza-Loeza's waiver, and the record in this case. The Court finds that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further investigation, research, and advising of Mr. Penaloza-Loeza and the interest of justice is served by granting an extension to afford counsel reasonable time necessary to accomplish those tasks. The government does not oppose the request to extend the indictment deadline from January 25, 2018 to March 15, 2018.

//

//

//

ORDER EXTENDING INDICTMENT
DEADLINE
(*USA v. Penaloza-Loeza*; CR17-327TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1
2     IT IS ORDERED that the date on or before an indictment must be filed is
3 extended to March 15, 2018.
4     DONE this 22nd day of January, 2018.
5
6
7                                         _____
                                          Thomas S. Zilly
8                                         United States District Judge
9
10
11
12 Presented by:
13
14 */s/ Vanessa Pai-Thompson*
   Assistant Federal Public Defender
15 Attorney for Elisandro Penaloza-Loeza
16
17
18
19
20
21
22
23
24
25
26

ORDER EXTENDING INDICTMENT
DEADLINE
(*USA v. Penaloza-Loeza*; CR17-327TSZ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**