THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 17-327-TSZ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER EXTENDING INDICTMENT |
| v. | ) | DEADLINE |
| | ) | |
| ELISANDRO PENALOZA-LOEZA, | ) | |
| | ) | |
| Defendant. | ) | |

THE COURT has considered the second unopposed motion, docket no. 18, to extend the indictment deadline in this matter, Ms. Penaloza-Loeza's waiver, and the record in this case. The Court finds the requested extension reasonable because of need for further follow-up, research, and consultation between the parties. The Court also finds that the interest of justice is served by granting an extension. The government does not oppose the request to extend the indictment deadline from March 15, 2018 to March 29, 2018.

IT IS ORDERED that the date on or before an indictment must be filed is extended to March 29, 2018.

DONE this 14th day of March, 2018.

Thomas S. Zilly
United States District Judge

Presented by:
*/s/ Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Elisandro Penaloza-Loeza

ORDER EXTENDING INDICTMENT
DEADLINE
(*USA v. Penaloza-Loeza*; CR17-327TSZ) - 1