UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR17-327 TSZ |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ELISANDRO PENALOZA-LOEZA, | |
| Defendant. | |

Upon motion by the United States of America, docket no. 21, requesting the dismissal without prejudice of the Information against Defendant Elisandro Penaloza-Loeza, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure; this Court, having reviewed the entirety of the files herein, hereby ORDERS,

The Information in the above-entitled cause is DISMISSED WITHOUT PREJUDICE as to Defendant Penaloza-Loeza.

//
//
//

ORDER OF DISMISSAL - 1
*United States v. Penaloza-Loeza*, CR17-327 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | The Clerk of the Court is directed to provide a copy of this Order of Dismissal to |
| 2 | the United States Marshal's Service. |
| 3 | Dated this 28th day of March, 2018. |

                                                               _/s/ Thomas S. Zilly_
                                                               Thomas S. Zilly
                                                               United States District Judge

Presented by:

_/s/ Lyndsie R. Schmalz_
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

ORDER OF DISMISSAL - 2
_United States v. Penaloza-Loeza_, CR17-327 TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970